# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES,

Plaintiff,

v.

DEBORAH MARTINEZ SELDON,

Defendant.

Case No. 2:07-CR-135-KJD-LRL

**ORDER**

Currently before the Court is Defendant Deborah Martinez Seldon's ("Defendant") Motion to Stay Surrender Date (#241), filed June 26, 2009, wherein she seeks to stay her surrender of June 26, 2009, to the designated institution. The Government did not have time to file a response.

## I. Background

On November 21, 2008, Defendant was found guilty of all fifteen counts in the Indictment against her. At that time, the Defendant was on a personal recognizance release. Upon conviction, her release was continued on the, then present, terms of her release, with the modification of travel restriction and passport surrender. (See #150) On, Defendant was sentenced by the Court as to counts 1-15 of the Indictment. (See #190). Subsequently, Judgment was entered against Defendant on all counts, and she was ordered to self surrender before noon on June 26, 2009, at the institution designated by the Bureau of Prisons. (See #196.) On May 1, 2009, the Bureau of Prisons designated Defendant to FCI Dublin, California.

Defendant filed a Motion to Vacate Judgment (#201), which was denied by the Court in its Order of April 7, 2009. (See #212.) Defendant also filed a Motion for Bond Pending Appeal (#227),

which was denied by the Court in its Order of April 7, 2009. (# 235) Subsequently, Defendant retained new counsel, who filed the present motion.

Defendant's instant Motion indicates that she has filed a Motion for Bond Pending Appeal with the Ninth Circuit Court of Appeals. Defendant's Motion to Stay Surrender Date cites Ninth Circuit Rule 9-1.2(e) which provides that an appellant that is on bail at the time a motion for release pending appeal is made with the court pursuant to Rule 9, "that bail will remain in effect until the court rules on the Motion."

The Court has reviewed the Defendant's thirteenth hour Motion, and finds that the interests of justice require an extension of her surrender date to allow the Ninth Circuit to issue a ruling on Defendant's Motion pursuant to Ninth Circuit Rule 9.

**II. Conclusion**

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Stay Surrender Date (#241), is **GRANTED**.

DATED this 26th day of June 2009.

Kent J. Dawson
United States District Judge