# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>STEVEN LEE SELDON, M.D. AND DEBORAH MARTINEZ SELDON<br><br>   Defendants. | 2:07-CR-0135-KJD (LRL)<br><br><br><br>**ORDER FOR REMAND TO CUSTODY** |

   Previously, the Court ordered Defendants released during the pendency of their appeals to the Ninth Circuit Court of Appeals (#297) following their conviction and sentencing for Mail Fraud and Misbranding.  The Ninth Circuit Court of Appeals, on August 17, 2010, issued its mandate that the convictions and sentences are affirmed. The Government has filed its Motion for Immediate Remand to Custody (#317). Presently pending are Defendant's Motions for New Trial (#313/315). The pendency of a motion for new trial is not a reason for continuing the release of Defendants. The Court is informed that re-designation is likely and that the process will take approximately 3 weeks.

   IT IS THEREFORE ORDERED, that Defendants are remanded to custody to serve the remainder of their original sentences.

   IT IS FURTHER ORDERED, that Defendants shall self surrender to the designated institution within 21 days from the date of this order. In the event an institution has not been

//

//

1  designated by the Bureau of Prisons within that time, Defendants may either surrender to
2  the U.S. Marshal for the District of Nevada or request a short extension.
3       DATED:   August 20, 2010.

_____
Kent J. Dawson
United States District Judge