# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:07-CR-0135-KJD-LRL |
| v. | **ORDER** |
| DEBORAH MARTINEZ SELDON, | |
| Defendant. | |

Currently before the Court is Defendant Deborah Martinez Seldon's Ex Parte Emergency Motion to Modify Conditions of Remand (#328). Specifically, Defendant seeks that the Court modify its Order of August 20, 2010 (#321), to stay its remand to custody until space is available at FCI Victorville, CA. Alternatively, Defendant seeks that the Court extend her surrender date at the currently designated facility, FCI Waseca, from September 10, 2010, to September 24, 2010.

The Court has been informed that it will be necessary for the Defendant to report to the designated institution, FCI Waseca, and from there request re-designation by the Bureau of Prisons to another facility. Due to exigent circumstances concerning the welfare of Defendant's minor children, the Court recommends that the Bureau of Prisons re-designate the Defendant to a facility closer to Las Vegas, Nevada, preferably FCI Victorville, to allow her children to visit on a regular basis.

**IT IS HEREBY ORDERED** that Defendant Deborah Martinez Seldon's Ex Parte Emergency Motion to Modify Conditions of Remand (#328) is **GRANTED** in part, and **DENIED** in part. Defendant's request for extension of surrender date is **GRANTED.** Her remaining requests are denied.

**IT IS HEREBY ORDERED** that Defendant shall report to the designated facility, FCI Waseca, on or before September 24, 2010.

DATED this 9th day of September 2010

_____
Kent J. Dawson
United States District Judge