# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:07-CR-00135-KJD-LRL |
| v. | **ORDER** |
| DEBORAH MARTINEZ SELDON, | |
| Defendant. | |

Currently before the Court is Defendant Deborah Martinez Seldon's Emergency Motion to Further Extend Surrender Date (#336), filed September 22, 2010. Defendant's instant Motion is the latest in a series of similar requests for the Court to stay or extend the date of Defendant's surrender, in order that she may continue to care for and/or finalize arrangements for the care of her children.

Most recently, on September 9, 2010, the Court issued an Order (#330) denying Defendant's Motion to Stay and seeking Alternative Relief (#325), wherein the Court noted that Defendant's "realization and her concession of mistake, are too little and too late." (#330 at 3.) Also on September 9, 2010, the Court issued an Order (#334) denying Defendant's Motion to Modify

Conditions of Remand. The Court did however, grant Defendant's request for an extension of surrender date.[1] (#334)

Upon review, the Court finds that Defendant's instant Motion presents no new information or evidence that necessitates further delay of Defendant's currently scheduled reporting date. However, in order to allow Defendant to finalize arrangements for the care of her children, the Court hereby grants Defendant an extension of surrender date for thirty (30) days.

Accordingly, **IT IS HEREBY ORDERED** that Defendant Deborah Martinez Seldon's Emergency Motion to Further Extend Surrender Date (#336) is **GRANTED** in part, and **DENIED** in part. Defendant's reporting date shall be extended for thirty (30) days.

**IT IS FURTHER ORDERED** that Defendant shall report to the designated facility, FCI Waseca, on or before October 25, 2010.

**IT IS FURTHER ORDERED** that Defendant shall file a status report on or before October 11, 2010, indicating the additional steps she has taken and progress she has made in finalizing arrangements for the care of her children. Particularly, Defendant shall inform the Court regarding the communication she has had with Child Protective Services and any others regarding placement and care for her son Brenden. If Defendant cannot demonstrate progress in finalizing the arrangements for the care of her children on or before October 11, 2010, the Court will order Defendant remanded to custody forthwith.

Defendant shall receive no more extensions of surrender date.

DATED this 23rd day of September 2010.

_____
Kent J. Dawson
United States District Judge

---

[1] Specifically, although the Court has already granted Defendant numerous extension requests, per its September 9, 2010, Order, Plaintiff was granted another two-week extension of time to surrender, and required to report to FCI Waseca on or before September 24, 2010. (See #334)

2