# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CR-0135-KJD (LRL) |
| Plaintiff, | |
| vs. | **O R D E R** |
| STEVEN LEE SELDON, M.D. AND DEBORAH MARTINEZ SELDON | |
| Defendants. | |

Presently before the Court is Defendant Deborah Martinez Seldon's Motion for Bail Pending 2255 Motion (#347) wherein she requests a self-surrender date of October 29, 2010, to the United States Marshal Service in Las Vegas, Nevada.

GOOD CAUSE APPEARING, IT IS SO ORDERED that Defendant, Deborah Martinez Seldon shall self-surrender to the United States Marshal Service at Las Vegas, Nevada by 5:00 p.m. on October 29, 2010.

DATED: October 25, 2010

_____
Kent J. Dawson
United States District Judge