LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
**Law Office of Lisa Rasmussen**
616 South 8th Street
Las Vegas, NV 89101
Telephone: (702) 471-1436
Facsimile:    (702) 471-6540

Attorneys for Defendant Deborah Martinez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | 02:07-cr-00135 KJD (LRL) |
|---|---|
| Plaintiff, | **ORDER SEALING DOCUMENT #360** |
| vs. | |
| DEBORAH MARTINEZ SELDON, | |
| Defendant. | |

Upon the unopposed Motion of the Defendant, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk of this Court is directed to seal docket #360, the Declaration of Kara Faine.

IT IS FURTHER ORDERED that Ms. Rasmussen shall manually serve a copy of the sealed documents to the parties in this case.

IT IS FURTHER ORDERED that this document shall remain sealed until such time as any of the parties to this case files a Motion requesting that the document be unsealed and that notice and an opportunity to respond be provided to counsel for Ms. Martinez.

Dated: 1/03/2011                    _____
                                     The Honorable Kent J. Dawson
                                     United States District Judge

Order