1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10  UNITED STATES OF AMERICA,

11      Plaintiff,                                    Case No. 2:07-CR-00135-KJD-LRL

12  v.                                                **ORDER**

13  STEVEN LEE SELDON, M.D., *et. al.*,

14      Defendants.

15

16      Based on the application of the Government, and good cause appearing,

17  **IT IS THEREFORE ORDERED** that the attorney-client privilege in Case No. 2:07-cr-00135-KJD-

18  LRL is waived with respect to the allegations in Defendant Steven Lee Seldon's 28 U.S.C. §2255

19  motion (#389/390), and that attorney RONALD RICHARDS shall within thirty (30) days from this

20  date provide the Government with an affidavit containing all materials and information relating to

21  matters put at issue in Defendant's 28 U.S.C. §2255 motion.  Further, attorney LOUIS PALAZZO,

22  the attorney-client privilege already having been waived, is ordered to provide the Government with

23  his affidavit containing all materials and information relating to matters put at issue in Defendant

24  Deborah Martinez Seldon's 28 U.S.C. §2255 motion within (30) days from this date.

25      The Government's opposition to Defendants' motions under section 2255 shall be filed no

26  more than thirty (30) days after the last affidavit is received.  Any reply in support of a defendant's

1  motion under section 2255 shall be filed no more than thirty (30) days after the Government's

2  response in opposition.

3          DATED this 13th day of November 2012.

4

5

6          _____
           Kent J. Dawson
7          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2